O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9574 AHM (JCx) | Date | March 29, 2011 |
|---|---|---|---|
| Title | KIM LAMIE v. DENNIS GARBERG AND ASSOCIATES, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |// 
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court GRANTS Plaintiff's Ex Parte Application[1] for An Order Extending Deadline for Plaintiff's Motion for Class Certification. The Court ORDERS that the Plaintiff shall move for certification of the putative class by not later than the third Monday after the Court issues a ruling on the class certification motion in *Tiffany Bright et al. v. Dennis Garberg and Associates, Inc., et al.*, CV 10-9574 AHM (Jcx).

The Court warns all parties, especially Plaintiff, that it will not tolerate a filing of ill-advised ex parte applications and will not allow this case to disintegrate as a result of a flood of ex parte applications as has happened in the *Bright* case.

                                                                                          :

                                              Initials of Preparer              SMO

---

[1] Dkt. 12.