# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09574 AHM (JCx) | Date | May 18, 2011 |
|---|---|---|---|
| Title | KIM LAMIE v. DENNIS GARBER AND ASSOCIATES, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court admonishes Plaintiff to consider carefully whether she should pursue this case at all, given her previous representation that she would seek to consolidate this case with the *Bright* action, which she has not done. If Plaintiff's only purpose in filing this nearly identical case is to add Kim Lamie as a named plaintiff, her counsel, who is also counsel in the *Bright* matter, should have proposed the addition of Lamie when counsel sought leave to amend the *Bright* complaint. *See* Dkt. 117, 126.

This Court does not intend to allow Plaintiff and her lawyers to burden the docket with what appears to be a nearly identical, superfluous, unnecessarily complicated, and remarkably burdensome second case that has no practical purpose, given that whatever Lamie claims in this lawsuit is being claimed on her behalf in the Fourth Amended Complaint in the *Bright* case, which has been brought as a putative class action.

Accordingly, the Court ORDERS Plaintiff's counsel to SHOW CAUSE in writing by not later than Wednesday, May 25, 2011, why this action should not be stayed indefinitely pending the resolution of the *Bright* action, CV 10-7933 AHM (JCx).

No hearing is necessary. Fed. R. Civ. P. 78; Local Rule 7-15.

                                                                                              :

                                               Initials of Preparer      SMO