## THE FINAL STEP!

Carefully review the material below. In order for you to become a member of our team, you must consent to this agreement. Please be sure to make a copy for your records. Welcome Aboard!

### SERVICES AGREEMENT AND RELEASE

This Agreement and Release ("Agreement") is entered into on **July 11, 2009**, by and between Events and Promotions, LLC, a Delaware Limited Liability Company or DTR Acquisitions 1, Inc. d/b/a Snapshot Promotions, an Indiana Corporation, or DTR Acquisitions 1, Inc. d/b/a Demos Express, an Indiana Corporation, or Decision Tree Resources, Inc. d/b/a Visible Impact Media, an Indiana Corporation, or Sunflower Staffing Inc, a Kansas Corporation, or Casting Call Inc, a Kansas Corporation ("Company") and **kim lamie** ("Service Provider").

1. Service Provider is a self-employed proprietor who maintains a separate and independent business consisting of marketing, promoting, exhibiting, selling, and sampling products and services offered for sale to any buyer on the premises of a retail establishment, trade show, or other event venue ("Promotional Modeling").

2. Company's principal business consists of assisting promotional models in identifying prospective clients that are seeking to implement promotional events.

3. Service Provider hereby engages Company to assist Service Provider in marketing its services to clients. Service Provider understands that Company does not promise or represent that it will be able to offer Service Provider any minimum number of client referrals, and Service Provider represents and warrants to Company that it does not rely exclusively on Company as its sole source for obtaining client referrals. Service Provider remains solely responsible for any profit or loss that it realizes from its business.

4. The initial term of this engagement shall be the twelve (12) month period commencing on the date hereof. This Agreement shall be automatically extended for additional one-year terms, provided that neither party advises the other in writing at least thirty (30) days prior to the end of a term that it does not intend to extend the Agreement.

5. Service Provider also engages Company to prepare and submit invoices on its behalf to clients that Company has referred to Service Provider. Clients will be requested to pay all fees to Service Provider through Company. Service Provider's fees will be negotiated on a project-by-project basis.

6. In consideration of the services that Company provides, Service Provider authorizes Company to retain as Company's administrative and marketing fee the difference between the gross fee payable by a client for a project and the fee that Service Provider has agreed to accept as its entire compensation for completing the project. Service Provider acknowledges and agrees that Service Provider's agreed upon fee shall constitute its entire compensation for completing a client

engagement and that Service Provider shall have no right to, and hereby waives any right to seek, any benefits under any benefit programs, including, but not limited to sick leave, vacation pay, jury duty pay, health, accident and life insurance coverage, and coverage under retirement plans, savings plans or similar arrangements that Company or client maintains for its respective employees.

7. This Agreement is nonexclusive. Service Provider always has the unqualified right to pursue or decline any client opportunities that Company offers, and to market its services through means other than Company. Service Provider also acknowledges that Company has contracts with others who are engaged in a business similar to Service Provider's and that Company will also be assisting those businesses in marketing their services.

8. Service Provider shall retain sole control over the methods used in performing a client engagement and over the hiring and employment of its employees. Service Provider is solely responsible for providing any and all tools, supplies, equipment and transportation, and for all expenses that Service Provider incurs in connection with the operation of its business and the performance of client engagements. If a client agrees to reimburse Service Provider for any costs, Company as part of its administrative services may assist the client in disbursing such sums to Service Provider. All operating costs that Service Provider incurs, such as fuel, repairs, motor vehicle insurance, and all costs associated with its own personnel, are Service Provider's sole responsibility. Service Provider also is responsible for obtaining any licenses, certificates, and business insurances that are required by law to provide its services.

9. Service Provider represents and warrants that neither it nor any of its personnel is directly employed by Company or any manufacturer, distributor, or retailer. Service Provider hereby agrees and acknowledges that he/she is not and that he/she will not represent or hold himself/herself out to be an employee, agent, partner or joint venturer of or with Company. Neither Company nor Service Provider shall have the authority to bind the other in any respect.

10. Service Provider understands that all details concerning a client engagement, including the fees payable, are set by the client (not Company), that all the services that Service Provider performs may be evaluated by the client (but not by Company), and that Company's involvement in a project is limited exclusively to communicating information between Service Provider and the client.

11. Service Provider shall hold in strict confidence and shall not, directly or indirectly, disclose or reveal to any person, firm or organization, or use for personal benefit or for the benefit of anyone else, any Company trade secrets, lists, names, methods, addresses, phone numbers of customer contacts or customer's executives, or other confidential or proprietary information of any kind, nature or description. Contractor further agrees that upon the termination of this Agreement the provisions of this paragraph shall continue in effect.

12. **Service Provider acknowledges that while providing services to a referred**

client, Service Provider will operate as an independent contractor (and not an employee) and is solely responsible for any federal, state, local, unemployment, and payroll taxes, for him/herself and any individuals Service Provider engages to enable Service Provider to perform services, and will be solely responsible for all filing and payment obligations associated with such taxes, including but not limited to social security and self-employment taxes, and that Service Provider will not be eligible for unemployment compensation.

13. **Service Provider acknowledges its own responsibility for complying with any workers'-compensation laws with respect to Service Provider and its employees at its own expense, and agrees to hold harmless Company and its officers and owners against any liability attributable to any injury incurred by Service Provider and any of its personnel while performing services for a referred client.**

14. Service Provider accepts full responsibility for completing a project that Service Provider agrees to perform, including the duty to correct (at Service Provider's sole expense), any aspect of such project that the client determines does not meet its standards. Service Provider also indemnifies and holds harmless Company and its directors and officers from and against any and all losses, claims, damages, liabilities, costs or expenses attributable to the acts and/or omissions of Service Provider and its personnel in connection with Service Provider's performance of, or promise to perform, services for a client referred hereunder.

15. This Agreement constitutes the entire agreement between the parties hereto, and supersedes any and all prior agreements and understandings, oral or written, express or implied, and may be amended only by a writing signed by both parties.

16. This Agreement is not assignable or transferable by Service Provider.

17. This Agreement is entered into, and is to be substantially performed by Company, in the State of Indiana, and shall be governed by the laws of that State without regard to its choice of law principles.

IN WITNESS WHEREOF, the parties hereto, each acting under due and proper authority, have executed this Agreement as of the date first written above.

Supplier Agreement Certification and Consent

By checking the box below and typing in your name, you are consenting to the delivery of the above agreement electronically and signing and submitting this agreement just as if you physically signed a paper agreement and mailed it to us.

Name

☑ kim lamie

Under the penalty of perjury, I certify that:

1. The social security number shown on this form is my correct taxpayer identification number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding. If you have been notified that you are subject to backup withholding, you must notify Sunflower Staffing by calling 317-546-5503.
3. I am a U.S. person (including a U.S. resident alien). I understand that the IRS does not require my consent to any provisions of this document other than the certifications required to avoid backup withholding.

By checking the box below and typing in your name, you are consenting to the delivery of the above disclosures electronically and signing and submitting this application just as if you physically signed a paper Form-W9 and mailed it to us.

Name

☑ kim lamie