# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09574 AHM (JCx) | Date | May 27, 2011 |
|---|---|---|---|

| Title | KIM LAMIE v. DENNIS GARBERG AND ASSOCIATES, INC., et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

Having reviewed the Plaintiff's "Response" to the Court's May 18, 2011 Order to Show Cause,[1] the Court will not stay this action at this time. However, Plaintiff must file her Motion to Consolidate by not later than June 21, 2011. That motion will be decided on the merits, regardless of any defects in the existing complaint. (Plaintiff is incorrect that on May 18, 2011, this Court ordered her to amend her complaint.)

Initials of Preparer : SMO

---

[1] Dkt. No. 34.