O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-07933-AHM (JCx)<br>CV10-09574-AHM (JCx)* | Date | February 21, 2012 |
|---|---|---|---|
| Title | TIFFANI BRIGHT, et al. v. DENNIS GARBERG AND ASSOCIATES, INC., et al. consolidated with KIM LAMIE v. DENNIS GARBERG AND ASSOCIATES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert W. Mills<br>Joshua D. Boxer | Douglas M. Bria<br>Theresa Mak |

**Proceedings:** (1) MOTION for Attorney Fees, Costs and Enhancement Awards Pursuant to Class Action Settlement with Defendant **USMP** filed by Plaintiffs [325 & 397];
(2) MOTION for Attorney Fees, Costs and Enhancement Awards Pursuant to Class Action Settlement with Defendant **WDS** filed by Plaintiffs [326 & 396];
(3) JOINT APPLICATION for Settlement Approval filed by Plaintiffs Tiffani Bright, Samantha Keyburn, Christi Poole, Christina Tucker, Warehouse Demo Services, Inc.[399]
(4) JOINT APPLICATION for Settlement Approval filed by Plaintiffs Tiffani Bright, Samantha Keyburn, Christi Poole, Christina Tucker, U.S. Marketing & Promotions Agency, Inc. [400]
(non-evidentiary)

For reasons and findings stated on the record, the Court grants both the settlement approval motions and the motions for attorneys fees. Orders to issue.

| | : | 01 |
|---|---|---|
| Initials of Preparer | | SMO |